UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

VERSYCK KLINSMANN DOS
SANT BOUKA,

                Petitioner,

v.

                No.  6:26-CV-00120-H

WARDEN, EDEN DETENTION
CENTER,

                Respondent.

### ORDER

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention at the Eden Detention Center.  Dkt. No. 1.  He seeks immediate release or a bond hearing.

Respondent filed a response and relevant records, arguing that the Court should dismiss the petition for lack of jurisdiction because Petitioner's claims are moot.  Dkt. No. 9. In particular, Respondent asserts that Petitioner was removed from the United States on March 30, 2026.  *Id.*  After conducting a search on the U.S. Immigration and Customs Enforcement (ICE)'s online detainee locator system, the Court confirms and takes judicial notice of the fact that, as of today, Petitioner is no longer in ICE custody.[1]

The Court has reviewed the parties' pleadings and applicable law.  For the reasons stated in Respondent's response, the Court concludes that it lacks jurisdiction to adjudicate Petitioner's claims because they are moot.  *See Chay v. Holder*, 470 F. App'x 406, 407 (5th

---

[1] *See* https://locator.ice.gov/odls/#/search (last visited April 15, 2026).

Cir. 2012) (citations omitted).  Petitioner's Section 2241 habeas petition is therefore dismissed for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated April 15, 2026.

James Wesley Hendrix
United States District Judge